IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Patrizi, Louie | Case Number: 07 B 11511 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 6/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 16, 2008
Confirmed: August 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,500.00 | |
| Secured: | | 353.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,058.59 |
| Trustee Fee: | | 87.61 |
| Other Funds: | | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip A. Igoe | Administrative | 2,774.00 | 1,058.59 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chicago Heights Water Dept | Secured | 285.64 | 100.00 |
| 4. | Chase Home Finance | Secured | 8,545.12 | 253.80 |
| 5. | Porter County Clerk | Priority | 1,048.34 | 0.00 |
| 6. | AOL | Unsecured | | No Claim Filed |
| 7. | Credit Management Service | Unsecured | | No Claim Filed |
| 8. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 9. | Guaranty Bank | Unsecured | | No Claim Filed |
| 10. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 11. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 12. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 12,653.10 | $ 1,412.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
| 6.5% | 38.30 |
| 6.6% | 0.71 |
| | $ 87.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Patrizi, Louie | Case Number:  07 B 11511 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed:  6/28/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

